# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dorsey, Jennifer A. | US District Court - Nevada | 01/02/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 |
| 2. | Adjunct Professor (Part-Time) | William S. Boyd School of Law at University of Nevada, Las Vegas |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | William S. Boyd School of Law at University of Nevada, Las Vegas - Adjunct Professor | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Ainsworth Game Technology - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizon Ridge Professional Park, L.P. | B | Interest | J | W | | | | | |
| 2. US Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 3. 529 (H) | | | | | | | | | |
| 4. - American Funds Bond Fund of America 529 | A | Interest | K | T | | | | | |
| 5. - American Funds Growth Fund of America 529 | A | Interest | L | T | | | | | |
| 6. - American Funds Capital World Bond Fund 529 | A | Interest | J | T | | | | | |
| 7. - American Funds EuroPacific Growth Fund 529 | A | Interest | J | T | | | | | |
| 8. - American Funds New World Fund 529 | A | Interest | J | T | | | | | |
| 9. - American Funds US Govt Sec Fund 529 | A | Interest | J | T | | | | | |
| 10. - American Funds Fund of America 529 | A | Interest | J | T | | | | | |
| 11. Trust # 1 Accounts | | | | | | | | | |
| 12. - Wells Fargo Cash Accounts | A | Interest | M | T | | | | | |
| 13. - Morgan Stanley Cash Accounts | B | Interest | N | T | | | | | |
| 14. - Clark County, NV Rental Property | E | Rent | N | R | | | | | |
| 15. Stocks/Equities (H) | | | | | | | | | |
| 16. - AES Corp stock | A | Dividend | J | T | Sold (part) | 11/07/16 | J | | |
| 17. - Allergan PLC stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 04/05/16 | J | | |
| 19. - Alphabet Inc. Class A stock (f/k/a Google) | A | Dividend | K | T | Sold (part) | 01/21/16 | J | | |
| 20. | | | | | Buy | 04/22/16 | J | | |
| 21. | | | | | Buy | 06/24/16 | J | | |
| 22. - Altria Group Inc stock | A | Dividend | J | T | Buy | 07/26/16 | J | | |
| 23. | | | | | Buy | 07/27/16 | J | | |
| 24. - Amgen Inc stock | A | Dividend | J | T | Buy | 11/09/16 | J | | |
| 25. - Amphenol Corp New Class A stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 26. | | | | | Sold (part) | 11/14/16 | J | | |
| 27. - Anadarko Pete stock | A | Dividend | J | T | | | | | |
| 28. - Anheuser Busch Inbev SA stock | A | Dividend | J | T | Sold (part) | 01/14/16 | J | | |
| 29. | | | | | Buy | 11/18/16 | J | | |
| 30. - Apple Inc stock | A | Dividend | K | T | Sold (part) | 01/21/16 | J | | |
| 31. | | | | | Buy | 06/24/16 | J | | |
| 32. - Applied Materials Inc stock | A | Dividend | J | T | Sold (part) | 07/19/16 | J | | |
| 33. | | | | | Sold (part) | 12/19/16 | J | | |
| 34. - Bank of America Corp stock | A | Dividend | J | T | Buy | 06/24/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Baxalta Inc stock | A | Dividend | | | Sold | 01/12/16 | J | | |
| 36. - Baxter Intl Inc stock | A | Dividend | J | T | | | | | |
| 37. - Berkshire Hathaway Class B stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 38. - Biogen Inc stock | A | Dividend | | | Sold | 08/04/16 | J | | |
| 39. - Boeing Inc stock | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 40. - Boston Properties Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 41. -Bristol Myers Squibb Co stock | A | Dividend | J | T | Buy | 08/05/16 | J | | |
| 42. - Buffalo Wild Wings Inc stock | A | Dividend | | | Sold (part) | 01/21/16 | J | | |
| 43. | | | | | Sold | 06/16/16 | J | | |
| 44. - CSX Corp stock | A | Dividend | J | T | | | | | |
| 45. - CVS Health Corp stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 46. - Casey's General Stores Inc stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 47. - Celgene Corp stock | A | Dividend | K | T | Buy | 06/24/16 | J | | |
| 48. | | | | | Buy | 08/05/16 | J | | |
| 49. - Cerner Corp stock | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 50. - Chevron Corp stock | A | Dividend | J | T | | | | | |
| 51. - Citigroup Inc stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Coca Cola Co stock | | Dividend | J | T | Buy | 06/29/16 | J | | |
| 53.   - Cognizant Tech Solutions stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 54.   - ConocoPhillips stock | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 55. | | | | | Sold (part) | 02/03/16 | J | | |
| 56. | | | | | Buy | 06/24/16 | J | | |
| 57. | | | | | Buy | 07/27/16 | J | | |
| 58.   - Constellation Brands Inc stock | A | Dividend | | | Sold | 01/12/16 | J | | |
| 59.   - Corning Inc stock | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 60. | | | | | Sold (part) | 12/19/16 | J | | |
| 61.   - Cubesmart stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 62.   - Cummins Inc stock | A | Dividend | J | T | Sold (part) | 12/08/16 | J | | |
| 63.   - Darden Restaurants stock | A | Dividend | | | Sold | 01/05/16 | J | | |
| 64.   - Walt Disney Co Holding Company stock | A | Dividend | K | T | Buy | 06/24/16 | J | | |
| 65. | | | | | Buy | 07/27/16 | J | | |
| 66.   - Dollar Tree Inc stock | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 67. | | | | | Sold (part) | 01/21/16 | J | | |
| 68. | | | | | Sold (part) | 08/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Du Pont Ei De Nemours & Co stock | A | Dividend | J | T | Sold (part) | 02/19/16 | J | | |
| 70. - Duke Realty Corp stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 71. - EPR Pptys stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 72. - Ecolab Inc stock | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 73. | | | | | Sold (part) | 01/21/16 | J | | |
| 74. - Equinix Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 75. - Equity One Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 76. - Equity Residential stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 77. - Essex Property Trust Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 78. - Express Scripts Hldg Co stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 79. | | | | | Sold (part) | 04/07/16 | J | | |
| 80. - Exxon Mobil stock | A | Dividend | J | T | | | | | |
| 81. - FMC Corp stock | A | Dividend | J | T | Buy | 12/12/16 | J | | |
| 82. - Facebook Inc Class A stock | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 83. | | | | | Buy | 11/03/16 | J | | |
| 84. - Fastenal Co stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 85. - First Republic Bank | A | Dividend | | | Sold | 08/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fedl Rlty Invt Trust stock | | | | | | | | | |
| 87. - Fleetcor Technologies stock | A | Dividend | J | T | | | | | |
| 88. - General Growth Properties stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 89. - Gilead Science stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 90. - Halliburton Co stock | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 91. | | | | | Buy | 06/24/16 | J | | |
| 92. - Honeywell International Inc stock | A | Dividend | J | T | | | | | |
| 93. - Host Hotel & Resorts Inc stock (Y) | | | | | | | | | |
| 94. - Humana Inc stock | A | Dividend | J | T | | | | | |
| 95. - Intel Corp stock | A | Dividend | J | T | | | | | |
| 96. - Intuit Inc stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 97. | | | | | Sold (part) | 11/14/16 | J | | |
| 98. - JP Morgan Chase & Co stock | A | Dividend | J | T | Sold (part) | 01/14/16 | J | | |
| 99. - Johnson & Johnson stock | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 100. - Juniper Networks stock | A | Dividend | J | T | | | | | |
| 101. - Eli Lilly & Co stock | A | Dividend | | | Sold | 01/05/16 | J | | |
| 102. - Lockheed Martin Corp stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Lowes Companies Inc stock | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 104. - Marathon Petroleum Corp stock | A | Dividend | J | T | | | | | |
| 105. - Mastercard Inc stock | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 106. | | | | | Sold (part) | 01/21/16 | J | | |
| 107. | | | | | Sold (part) | 10/07/16 | J | | |
| 108. - Maximus Inc stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 109. - Merck & Co Inc stock | A | Dividend | J | T | | | | | |
| 110. - Metlife Incorporated stock | A | Dividend | J | T | Buy | 11/02/16 | J | | |
| 111. | | | | | Buy | 12/19/16 | J | | |
| 112. - Microsoft Corp stock | A | Dividend | J | T | Buy | 04/22/16 | J | | |
| 113. | | | | | Buy | 06/24/16 | J | | |
| 114. - Middleby Corp stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 115. - Mondelez Intl Inc stock | A | Dividend | | | Sold | 01/05/16 | J | | |
| 116. - Monro Muffler & Brake stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 117. - Morgan Stanley stock | A | Dividend | J | T | | | | | |
| 118. - Netflix Inc stock | A | Dividend | | | Sold | 10/18/16 | J | | |
| 119. - Nextera Energy Inc stock | A | Dividend | J | T | Buy | 10/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Nike Inc stock | A | Dividend | J | T | Buy | 03/23/16 | J | | |
| 121. | | | | | Buy | 06/24/16 | J | | |
| 122.  - Nordstrom Inc stock | A | Dividend | | | Sold | 08/12/16 | J | | |
| 123.  - Novo Nordisk A/S ADR stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 124.  - Oracle Corp stock | A | Dividend | | | Sold | 01/12/16 | J | | |
| 125.  - Pebblebrook Hotel stock (Y) | A | Dividend | | | | | | | |
| 126.  - Pepsico Inc stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 127.  - Perrigo Co stock | A | Dividend | | | Buy | 04/05/16 | J | | |
| 128. | | | | | Sold (part) | 01/21/16 | J | | |
| 129. | | | | | Sold | 05/13/16 | J | | |
| 130.  - Philip Morris Intl Inc stock | A | Dividend | J | T | | | | | |
| 131.  - Phillips 66 stock | A | Dividend | K | T | Sold (part) | 01/21/16 | J | | |
| 132.  - Priceline Grp Inc stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 133.  - Procter & Gamble stock | A | Dividend | | | Sold | 01/05/16 | J | | |
| 134.  - Prologis Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 135.  - Prudential Financial Inc stock | A | Dividend | | | Sold | 10/27/16 | J | | |
| 136.  - Public Storage stock | A | Dividend | | | Sold | 10/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Qualcomm Inc stock | A | Dividend | J | T | Buy | 04/14/16 | J | | |
| 138. - Raytheon Co stock | A | Dividend | | | Sold | 01/14/16 | J | | |
| 139. - Reynolds American Inc stock | A | Dividend | K | T | | | | | |
| 140. - Royal Dutch Shell PLC stock | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 141. - SL Green Realty CP stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 142. - Schlumberger Ltd stock | A | Dividend | J | T | | | | | |
| 143. - Sherwin Williams Company stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 144. - Simon Ppty Group Inc stock | A | Dividend | | | Buy | 02/05/16 | J | | |
| 145. | | | | | Sold (part) | 01/21/16 | J | | |
| 146. | | | | | Sold (part) | 07/06/16 | J | | |
| 147. | | | | | Sold | 10/21/16 | J | | |
| 148. - Starbucks Corp stock | A | Dividend | J | T | Buy | 04/22/16 | J | | |
| 149. | | | | | Buy | 06/24/16 | J | | |
| 150. - Sun Communities Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 151. - Sunstone Hotel Investors Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 152. - TJX Cos Inc stock | A | Dividend | J | T | Sold (part) | 01/05/16 | J | | |
| 153. | | | | | Sold (part) | 01/21/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Target Corporation stock | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 155. - Teradata Corp stock | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 156. - Tractor Supply Co stock | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 157. | | | | | Sold (part) | 01/21/16 | J | | |
| 158. | | | | | Buy | 12/07/16 | J | | |
| 159. - Tyson Foods Inc stock | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 160. | | | | | Sold (part) | 02/09/16 | J | | |
| 161. | | | | | Sold (part) | 03/15/16 | J | | |
| 162. - Union Pacific Corp stock | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | |
| 163. | | | | | Sold (part) | 10/07/16 | J | | |
| 164. - United Technologies Corp stock | A | Dividend | J | T | | | | | |
| 165. - Unumprovident Corp stock | A | Dividend | J | T | | | | | |
| 166. - Valero Energy CP stock | A | Dividend | J | T | | | | | |
| 167. - VCA Antech Inc stock | A | Dividend | J | T | Buy | 04/14/16 | J | | |
| 168. - Ventas Inc stock (Y) | A | Dividend | | | | | | | |
| 169. - Verizon Communications stock | A | Dividend | J | T | | | | | |
| 170. - Visa Inc stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Vornado Realty Trust stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 172. - Wells Fargo & Co stock | A | Dividend | J | T | Sold (part) | 01/05/16 | J | | |
| 173. | | | | | Sold (part) | 01/21/16 | J | | |
| 174. - Welltower Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 175. - Williams Co Inc stock | A | Dividend | J | T | | | | | |
| 176. ETF/Equity Index Holdings (H) | | | | | | | | | |
| 177. - Guggenheim Enhanced Short Duration ETF | A | Dividend | J | T | Sold (part) | 07/13/16 | J | | |
| 178. - Guggenheim S&P 500 Equal Weight ETF | A | Dividend | | | Sold | 09/08/16 | J | | |
| 179. - First Trust Large Cap Core ETF | A | Dividend | J | T | | | | | |
| 180. - First Trust Dorsey Wright ETF | A | Dividend | | | Sold | 01/14/16 | J | | |
| 181. - O'Shares FTSE US Quality ETF | A | Dividend | J | T | Buy | 12/06/16 | J | | |
| 182. - IShares Core S&P Total US Stock ETF | A | Dividend | K | T | | | | | |
| 183. - S&P 500 Index Fund ETF | A | Dividend | K | T | | | | | |
| 184. - IShares Core US Aggregate ETF | A | Dividend | J | T | | | | | |
| 185. - IShares MSCI EAFE ETF | A | Dividend | | | Sold | 05/11/16 | J | | |
| 186. - IShares MSCI Emerging Markets ETF | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 187. - IShares US Real Estate ETF | A | Dividend | | | Buy | 07/13/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 04/07/16 | J | | |
| 189. | | | | | Sold | 10/13/16 | J | | |
| 190. - IShares MSCI USA Min Vol ETF | A | Dividend | K | T | Buy | 04/07/16 | J | | |
| 191. - IShares Short Maturity Bond ETF | A | Dividend | | | Sold | 07/13/16 | J | | |
| 192. - JPM Diversified Ret Intl Equity ETF | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 193. | | | | | | | | | |
| 194. - Mainstay Def Term Muni Opp ETF | A | Dividend | | | Sold | 09/16/16 | J | | |
| 195. - Powershares DB Base Metals FD ETF | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 196. - Powershares QQQ ETF | A | Dividend | J | T | Sold (part) | 02/11/16 | J | | |
| 197. | | | | | Buy | 10/13/16 | J | | |
| 198. - SPDR Blackstone GSO Sen Loan ETF | A | Dividend | J | T | | | | | |
| 199. - SPDR S&P Midcap 400 ETF | A | Dividend | | | Sold | 06/07/16 | J | | |
| 200. - SPDR Barcap Short Term High Yield ETF | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 201. - SPDR Financial Select Sector ETF | A | Dividend | | | Sold (part) | 01/15/16 | J | | |
| 202. | | | | | Sold (part) | 01/21/16 | J | | |
| 203. | | | | | Sold (part) | 01/22/16 | K | | |
| 204. | | | | | Sold | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Energy Select Sector SDPR ETF | A | Dividend | J | T | Buy | 12/06/16 | J | | |
| 206. - Wisdomtree Trust Japan Hedge ETF | A | Dividend | | | Buy | 01/05/16 | J | | |
| 207. | | | | | Sold (part) | 01/15/16 | J | | |
| 208. | | | | | Sold (part) | 01/21/16 | J | | |
| 209. | | | | | Sold (part) | 01/22/16 | K | | |
| 210. | | | | | Sold (part) | 01/22/16 | K | | |
| 211. | | | | | Sold | 06/15/16 | J | | |
| 212. - WT BBRG DLR Bull ETF | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 213. Mutual Funds (H) | | | | | | | | | |
| 214. - American Century Equity Inc Inv | A | Interest | L | T | Buy | 06/14/16 | K | | |
| 215. | | | | | Buy | 06/15/16 | J | | |
| 216. | | | | | Buy | 10/21/16 | J | | |
| 217. | | | | | Buy | 12/12/16 | J | | |
| 218. | | | | | Buy | 12/30/16 | J | | |
| 219. - American Century Emerg Mkts Inv | A | Interest | K | T | Buy | 10/10/16 | K | | |
| 220. | | | | | Buy | 10/21/16 | J | | |
| 221. | | | | | Buy | 12/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 12/12/16 | J | | |
| 223.   - Brandes Intl Small Cap Equity | A | Interest | L | T | Buy | 01/15/16 | J | | |
| 224. | | | | | Buy | 01/22/16 | J | | |
| 225. | | | | | Buy | 02/05/16 | J | | |
| 226. | | | | | Buy | 10/21/16 | J | | |
| 227. | | | | | Buy | 12/30/16 | J | | |
| 228. | | | | | Sold (part) | 01/21/16 | J | | |
| 229.   - Columbia Contrarian Core | A | Interest | K | T | Sold (part) | 01/15/16 | J | | |
| 230. | | | | | Sold (part) | 01/22/16 | K | | |
| 231. | | | | | Buy | 10/10/16 | K | | |
| 232.   - Columbia Dividend Inc Z | A | Interest | M | T | Buy | 01/15/16 | K | | |
| 233. | | | | | Buy | 01/22/16 | L | | |
| 234. | | | | | Buy | 02/05/16 | J | | |
| 235. | | | | | Buy | 06/14/16 | J | | |
| 236. | | | | | Buy | 06/15/16 | J | | |
| 237. | | | | | Buy | 10/21/16 | J | | |
| 238. | | | | | Buy | 12/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy | 12/15/16 | J | | |
| 240.  - Columbia Sel Large Cap Value Z | A | Interest | L | T | Buy | 01/22/16 | L | | |
| 241.  - Deutsche Real Estate Secs | B | Interest | | | Sold (part) | 01/22/16 | K | | |
| 242. | | | | | Sold | 06/15/16 | J | | |
| 243.  - EV Floating Rate I | A | Interest | L | T | Buy | 06/15/16 | J | | |
| 244. | | | | | Buy | 10/10/16 | K | | |
| 245. | | | | | Buy | 10/21/16 | K | | |
| 246. | | | | | Buy | 12/12/16 | K | | |
| 247.  - Oakmark I | A | Interest | | | Sold (part) | 01/15/16 | J | | |
| 248. | | | | | Sold | 01/22/16 | K | | |
| 249.  - Oakmark International I | A | Interest | | | Sold (part) | 01/21/16 | J | | |
| 250. | | | | | Sold | 01/22/16 | K | | |
| 251.  - Ivy Intl Core Equity I | C | Interest | | | Buy | 01/15/16 | J | | |
| 252. | | | | | Buy | 01/22/16 | K | | |
| 253. | | | | | Buy | 06/23/16 | K | | |
| 254. | | | | | Buy | 02/05/16 | J | | |
| 255. | | | | | Sold (part) | 06/14/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 06/15/16 | K | | |
| 257. - Ivy Sci & Tech I | B | Interest | | | Sold (part) | 01/15/16 | J | | |
| 258. | | | | | Sold (part) | 01/21/16 | J | | |
| 259. | | | | | Sold | 01/22/16 | K | | |
| 260. - Clearbridge Aggressive Growth I | B | Interest | L | T | Buy | 06/15/16 | J | | |
| 261. | | | | | Sold (part) | 01/15/16 | J | | |
| 262. | | | | | Sold (part) | 01/22/16 | K | | |
| 263. - First Trust Preferred Sec & Inc I | A | Interest | K | T | Buy | 06/14/16 | K | | |
| 264. | | | | | Buy | 06/15/16 | J | | |
| 265. - Mainstay Tax Free Bond I | A | Interest | J | T | Buy | 10/26/16 | J | | |
| 266. - Neuberger Berman Soc Resp Inst | B | Interest | | | Buy | 06/14/16 | J | | |
| 267. | | | | | Sold (part) | 01/05/16 | J | | |
| 268. | | | | | Sold (part) | 01/15/16 | J | | |
| 269. | | | | | Sold (part) | 01/22/16 | K | | |
| 270. | | | | | Sold | 10/10/16 | K | | |
| 271. - Neuberger Berman Intl Eq Inst | A | Interest | M | T | Buy | 01/15/16 | J | | |
| 272. | | | | | Buy | 01/22/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy | 02/05/16 | J | | |
| 274. | | | | | Buy | 10/21/16 | J | | |
| 275. | | | | | Buy | 12/30/16 | J | | |
| 276. | | | | | Sold (part) | 01/21/16 | J | | |
| 277. | | | | | Sold (part) | 06/15/16 | J | | |
| 278. - Neuberger Intrinsic Value Inst | A | Interest | K | T | Buy | 06/14/16 | J | | |
| 279. | | | | | Buy | 06/15/16 | J | | |
| 280. | | | | | Sold (part) | 01/21/16 | J | | |
| 281. | | | | | Sold (part) | 01/22/16 | K | | |
| 282. - Neuberger Abs Ret Multi Mgr I | A | Interest | | | Sold (part) | 01/15/16 | J | | |
| 283. | | | | | Sold (part) | 01/21/16 | J | | |
| 284. | | | | | Sold | 01/22/16 | K | | |
| 285. - Nuveen Muni Tot Ret Mngd Accts | A | Interest | M | T | | | | | |
| 286. - Nuveen Symp Floating Rt Inc I | A | Interest | K | T | Buy | 10/13/16 | J | | |
| 287. | | | | | Buy | 10/26/16 | K | | |
| 288. - Principal Preferred Sec Inst NBR | A | Interest | K | T | Buy | 01/15/16 | J | | |
| 289. | | | | | Buy | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 02/05/16 | J | | |
| 291. | | | | | Buy | 12/30/16 | J | | |
| 292. | | | | | Sold (part) | 06/14/16 | K | | |
| 293. | | | | | Sold (part) | 06/15/16 | J | | |
| 294. - Prudential Jennison SM Comp Z | A | Interest | K | T | Buy | 01/05/16 | J | | |
| 295. | | | | | Buy | 01/08/16 | J | | |
| 296. | | | | | Buy | 12/12/16 | K | | |
| 297. | | | | | Buy | 12/30/16 | J | | |
| 298. | | | | | Sold (part) | 01/15/16 | J | | |
| 299. | | | | | Sold (part) | 01/21/16 | J | | |
| 300. | | | | | Sold (part) | 01/22/16 | K | | |
| 301. - Ridgeworth SEIX FT/RX Hi Inc | A | Interest | J | T | Buy | 12/08/16 | J | | |
| 302. - Victory Trivlnt Intl Sml Cap Y | A | Interest | | | Sold | 05/16/16 | J | | |
| 303. - Virtus Insight Emerg Mkts I | B | Interest | | | Sold (part) | 01/15/16 | J | | |
| 304. | | | | | Sold (part) | 01/21/16 | J | | |
| 305. | | | | | Sold | 01/22/16 | K | | |
| 306. - Western Asset Core Plus BD I NBR | A | Interest | M | T | Buy | 01/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy | 01/22/16 | L | | |
| 308. | | | | | Buy | 06/14/16 | K | | |
| 309. | | | | | Buy | 06/15/16 | J | | |
| 310. | | | | | Buy | 12/15/16 | J | | |
| 311. | | | | | Sold (part) | 10/10/16 | K | | |
| 312. - Western Asset Int Term Muni | A | Interest | K | T | Buy | 10/26/16 | K | | |
| 313. - Western Asset Macro Opport I | A | Interest | | | Sold | 01/22/16 | J | | |
| 314. Fixed Income /Bonds (H) | | | | | | | | | |
| 315. - Chaseflex Trust 2005-1 | B | Interest | K | T | | | | | |
| 316. - Delta Airlines 2010-2A | A | Interest | J | T | | | | | |
| 317. - NAA 2006-AP1 | A | Interest | J | T | | | | | |
| 318. - Boone Cnty Ky School Dist | A | Interest | J | T | Buy | 02/03/16 | J | | |
| 319. - Chaffey Calif United HS | A | Interest | J | T | | | | | |
| 320. - Connecticut St Spl Tax Oblig | A | Interest | K | T | | | | | |
| 321. - Johnson Cnty Kansas Uni School | A | Interest | J | T | Buy | 08/11/16 | J | | |
| 322. - Kentucky St Prop & Bldgs Comm Rev Ref Proj 100-A | A | Interest | K | T | | | | | |
| 323. - Madison Wis Genl Oblig | A | Interest | | | Sold | 08/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - Massachusetts St Genl Oblig | A | Interest | J | T | | | | | |
| 325.  - Metropolitan Atlanta Rapid Tran Auth GA Sales Tax Rev | A | Interest | | | Sold | 04/12/16 | K | | |
| 326.  - Miami-Dade Cnty FL Spl Oblig Ser | B | Interest | L | T | | | | | |
| 327.  - Ohio State Infrastr Impt | A | Interest | K | T | | | | | |
| 328.  - Port Auth NY & NJ Consolidated Rev | A | Interest | K | T | Buy | 06/12/16 | K | | |
| 329.  - Seattle Wash Wtr Sys Rev | A | Interest | J | T | | | | | |
| 330.  - Texas St Mobility Fund Rev | A | Interest | K | T | Buy | 04/13/16 | K | | |
| 331.  Additional Information For Amended Report (H) | | | | | | | | | |
| 332.  - Alexandria Real Estate EQ Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 333.  - American International Group Inc stock | A | Dividend | | | Sold | 01/14/16 | J | | |
| 334.  - American Tower REIT company stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 335.  - Apart Invt & Mgmt Co Class A stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 336.  - Avalonbay Comm Inc stock | A | Dividend | | | Sold | 10/21/16 | J | | |
| 337.  - Vanguard Health Care ETF | C | Dividend | | | Sold (part) | 01/15/16 | J | | |
| 338. | | | | | Sold (part) | 01/21/16 | J | | |
| 339. | | | | | Sold | 01/22/16 | K | | |
| 340.  - DDR Corp stock (see explanation in Part VIII) | A | Dividend | | | Sold (part) | 02/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 10/21/16 | J | | |
| 342. - First Industrial Realty Inc stock (see explanation in Part VIII) | A | Dividend | | | Sold (part) | 02/16/16 | J | | |
| 343. | | | | | Sold (part) | 03/23/16 | J | | |
| 344. | | | | | Sold (part) | 04/18/16 | J | | |
| 345. | | | | | Sold (part) | 06/08/16 | J | | |
| 346. | | | | | Sold | 10/21/16 | J | | |
| 347. | | | | | | | | | |
| 348. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

- Trust #1 notation includes all relevant investment, brokerage and retirements accounts held via family trust (filer ▮▮▮▮▮▮▮ being co-trustees) and/or beneficiary at Morgan Stanley Smith Barney. Holdings are included under Trust #1 and itemized individually for ease of reference.

- Line 14 asset listed was acquired in prior year and disclosed with purchase price and transaction details. There is no other reportable transaction beyond Column B in 2016.

- Line 86 (Fedl Rlty Invt Trust) does not meet the reporting threshold requirement and is no longer applicable. There were no reportable transactions during the reporting period.

- Line 93 (Host Hotel & Resorts) does not meet the reporting threshold requirement and is no longer applicable. There were no reportable transactions during the reporting period.

- Line 125 (Pebblebrook Hotel) does not meet the reporting threshold requirement and is no longer applicable. There were no reportable transactions during the reporting period.

- Line 168 (Ventas) does not meet the reporting threshold requirement and is no longer applicable. There were no reportable transactions during the reporting period.

ADDITIONAL INFORMATION IN RESPONSE TO LETTER OF INQUIRY

- The asset listed at line 475 of Amended 2015 report (Dollar Tree) is listed at line 66 of the 2016 Report and reportable transactions are identified at lines 66-68 of the 2016 Report.

- The updated information for remaining holdings outlined in Letter of Inquiry (DDR Corp and First Industrial Realty Inc stocks) are set forth at lines 340-346 in Section VII of the Amended Report. Each transaction was below the amount threshold identified in instructions. Out of abundance of caution, all transactions in 2016 year are set forth and both holdings were completely disposed of in 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer A. Dorsey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544